FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 MAR -3  AM 10: 34

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

Inspection of the workplaces
located at and near

Case No. 17 MJ 15

5300 Custer Circle
Lincoln, NE

and

5000 N. 72nd
Lincoln, NE (outbuilding next to residence)

under the control or custody of

J C MANUFACTURING, LLC,
d/b/a J & C COMPANY



COPY

## ADMINISTRATIVE SEARCH WARRANT

TO:  Jeff Funke
     Area Director
     Occupational Safety and Health
       Administration
     Omaha Area Office

Application having been made, and reasonable cause having been shown for the inspection of the workplaces described as J C Manufacturing, LLC, d/b/a J & C Company and located at 5300 Custer Circle, Lincoln, NE, and 5000 N. 72nd, Lincoln, NE (outbuilding next to residence).

IT IS HEREBY ORDERED that, pursuant to section 8(a) of the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651-678, 657(a), YOU OR YOUR DULY DESIGNATED REPRESENTATIVES ARE AUTHORIZED to enter the above-described workplaces during regular working hours or at other reasonable times, to make an inspection and investigation of the following alleged violations:

| Complaint Item | Location | Hazardous Condition | Applicable Standard |
|---|---|---|---|
| LOCATION #1: 5300 Custer Circle, Lincoln, NE | | | |
| 1 | Terminal Crimp Machine | Employees are exposed to amputation hazards from an unguarded crimping machine. Two employees smashed/crimped fingers in the terminal crimp machine. | 29 CFR 1910.212 Machine Guarding |
| 2 | Carpenter Cutting Machine | Employees are exposed to amputations hazards from the carpenter cutting machine. One person cut tips of fingers off. | 29 CFR 1910.212 Machine Guarding |
| 3 | Fire Extinguishers | Employees are exposed to burns/fire hazards due to fire extinguishers that are not charged or have not been checked -no current tags. | 29 CFR 1910.157 |
| 4 | Power Junction Boxes at work stations | Employees are exposed to electrical shock hazards due to open junction power boxes providing wiring to work stations. | 29 CFR 1910 Subpart S |
| 5 | Artos Machine and other wiring | Employees exposed to electrical shock from wiring on the Artos machine. | 1929 CFR 1910 Subpart S |
| 6 | Emergency Exit Door | Employees were exposed to burns, fire and suffocation hazards due to not being able to get out because one emergency exit door won't open. | 29 CFR 1910.36;and 29 CFR 1910.37 |
| 7 | Compressor in Closet | Employees exposed to chemical exposure and possible fire and burns due to a compressor that gets very hot being located in a closet with chemicals that are not labeled. | 29 CFR 1910.1200 |
| 8 | Solder Wire Machine | Employees exposed to respiratory hazards due to a solder wire machine that smokes. Employees have experienced respiratory problems due to the smoke. | 29 CFR 1910.134 |
| 9 | Fork Lift | Fork lift unsafe – employees are exposed to struck by hazards due to | 29 CFR 1910.178 and |

2

| Complaint Item | Location | Hazardous Condition | Applicable Standard |
|---|---|---|---|
| LOCATION #1: 5300 Custer Circle, Lincoln, NE | | | |
| | | forklift leaking hydraulic fluid, the horn is not working and the brakes are not functioning and employees are exposed to injury from fork lift overturn due to the lack of a seat belt. | Section 5(a)(1) of the Act |
| LOCATION # 2: 5000 N. 72nd, Lincoln, NE (Outbuilding) | | | |
| 10 | Exit to upper level where offices are located | Employees exposed to fire, burns and suffocation hazards in the event of an emergency because there is only one exit or entrance to upper level where offices are located. There is no exit if a fire was on stairs. | 29 CFR 1910.36; and 29 CFR 1910.37 |
| 11 | Unknown Fire extinguisher | Employees exposed to burns fire hazards due to lack of fire extinguisher. | 29 CFR 1910.157 |
| 12 | Electrical cords | Employees are exposed to electrical shock due to unsafe electrical cords. | 29 CFR 1910 Subpart S |
| 13 | Material Storage | Employees are exposed to fire, burns and suffocation hazards due to excessive combustible material stored. | 29 CFR 1910.22; 1910.106 |

Said inspection will also allow a review of all aspects of 29 C.F.R. 1910 Subpart N related to material or personnel handling motorized equipment, collect OSHA 300 data for the previous three years, and evaluate the employer's safety and health programs in accordance with the CPL 02-00-160, Field Operations Manual (FOM) (hereinafter CPL 02-00-160), and CPL 02-15-01B Region-wide Local Emphasis Program (LEP) for *Powered Industrial Trucks and Other Material or Personnel Handling Motorized Equipment in Construction, General Industry and Maritime*. All hazards in plain view will be addressed.

Said inspection to include all relevant records files and papers and all relevant work places or environments where work is performed by employees, and all pertinent

3

conditions, and circumstances, structures, machines, apparatus, devices, equipment, materials, processes, controls, and facilities and all other things therein including videotaping, the taking of photographs, environmental samples including the use of personal sampling equipment, and measurements, relating to the alleged violations, and to question privately any employee or agent, bearing on whether employees are being furnished employment and place of employment which are free from recognized hazards that are causing or are likely to cause death or serious physical harm to employees, and whether there is compliance with the occupational safety and health standards promulgated under the Act.

You are hereby directed not to disclose any information obtained during the inspection which is designated to be a trade secret as defined by 18 U.S.C. § 1905, except that such information may be disclosed to other officers or employees concerned with carrying out the Act or when relevant in any proceeding under the Act.

A return shall be made to this Court showing that the inspection has been completed. The inspection authorized herein shall be initiated within __9__ days, and a return shall be made to the Court within fourteen days following completion of the inspection.

DATED: __1/26/17__

F. A. GOSSETT
United States Magistrate Judge

## RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served on January 31, 2017, to the company named herein:

JC Manufacturing, LLC
dba J+C Company
8300 Custer Ct + 5040 N 72nd St.
Lincoln, NE 68507

## RETURN

I declare under penalty of perjury that the inspection of the workplaces described in this warrant was made on January 31, 2017

Date: January 31, 2017     By: /s/ Scott A Jacobson
Compliance Officer
Occupational Safety and Health Administration
United States Department of Labor

5